**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                  :

          -against-                        :

BISHME HOPKINS,                            :

                   Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      ORDER

20 Crim. 479 (GBD)

GEORGE B. DANIELS, United States District Judge:

A pretrial conference is scheduled for December 17, 2020 at 10:00 a.m. On the

Government's motion, time is excluded in the interest of justice pursuant to the Speedy Trial Act,

18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: New York, New York
      November 12, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge