**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

BISHME HOPKINS,

                            Defendant.
------------------------------------x

ORDER

20 Crim. 479 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAR 2 9 2021

GEORGE B. DANIELS, United States District Judge:

    The April 8, 2021 pretrial conference is adjourned to April 22, 2021 at 9:00 a.m.

Dated: New York, New York
       March 29, 2021

                                              SO ORDERED.

                                              *George B. Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge