**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

BISHME HOPKINS,

                              Defendant.

------------------------------------ x

ORDER

20 Crim. 479 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 3 2021

GEORGE B. DANIELS, United States District Judge:

The pretrial conference is adjourned from April 22, 2021 to April 29, 2021 at 9:00 a.m.

Dated: New York, New York
       April 13, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge