**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

        -against-　　　　　　　　　　　　　　　　ORDER

BISHME HOPKINS,　　　　　　　　　　　　　　　　20 Crim. 479 (GBD)

                            Defendant.

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    The October 28, 2021 sentencing is adjourned to November 16, 2021 at 10:00 a.m.

Dated: New York, New York
       October 18, 2021

                                              SO ORDERED.

                                              *George B. Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge