**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

BISHME HOPKINS,

                      Defendant.

------------------------------------- x

20 Crim. 479 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Sentencing is scheduled for February 1, 2022 at 10:00 a.m.

    Zachary Taylor is appointed as new CJA counsel for sentencing.

Dated: New York, New York
       January 3, 2022

SO ORDERED.

GEORGE B. DANIELS
United States District Judge