2-Jan-2022 17:01 Fax 16468080966 p.2
Case 1:20-cr-00479-GBD Document 33 Filed 01/13/22 Page 1 of 1
Case 1:20-cr-00479-GBD Document 32 Filed 01/12/22 Page 1 of 1

# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

January 12, 2022

SO ORDERED

*By ECF and Fax*

The Honorable George B. Daniels
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

JAN 13 2022

The sentencing is adjourned until February 22, 2022 at 10:00 a.m.

/s/ George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**Re: *United States v. Bishme Hopkins*, 20 CR 479 (GBD) – Request to Adjourn Sentencing**

Your Honor:

I represent Bishme Hopkins in the above-referenced case. I am writing to request a one-month adjournment of Mr. Hopkins' sentencing, which is currently scheduled for February 1, 2022 at 10:00 a.m, to a date in March 2022. The government consents to this request.

As the Court is aware, I was recently appointed to represent Mr. Hopkins under the CJA. Mr. Hopkins is detained at the Essex County Correctional Facility, which is currently closed to legal visiting because of the Omicron-related surge in COVID cases. Consequently, I cannot meet with Mr. Hopkins in person to discuss his case until COVID cases decline and the facility reopens. Additionally, February 1, 2022 is my SDNY duty day, for which I am required to be available throughout the morning and early afternoon for presentments in the arraignment unit.

Respectfully submitted,

/s/
Zachary S. Taylor

cc: Kedar Sanjay Bhatia, Esq.
    Assistant United States Attorney (*by ECF*)