Feb-2022 16:07   Fax   16468080966   p.1
Case 1:20-cr-00479-GBD   Document 35   Filed 02/09/22   Page 1 of 1
Case 1:20-cr-00479-GBD   Document 34   Filed 02/07/22   Page 1 of 1

# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

FEB 0 9 2022

February 7, 2022

*By ECF and Fax*

SO ORDERED:

*[signature]*
George B. Daniels, U.S.D.J.

Dated: FEB 0 9 2022

The Honorable George B. Daniels
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Bishme Hopkins*, 20 CR 479 (GBD) – Request to Adjourn Sentencing

Your Honor:

I represent Bishme Hopkins in the above-referenced case. I am writing to request a one-month adjournment of Mr. Hopkins' sentencing, which is currently scheduled for February 22, 2022 at 10:00 a.m. This is my second request for an adjournment of Mr. Hopkins' sentencing. The government consents to this request.

Because of the Omicron-related surge in COVID cases, the facility where Mr. Hopkins is detained has been closed to legal visiting, and we have not been able to meet to discuss his case. Accordingly, I am respectfully requesting a one-month adjournment. Please be advised that I will be out of the state for a family vacation starting on March 21, 2022 and up to and including March 28, 2022.

Respectfully submitted,

/s/
Zachary S. Taylor

cc:   Kedar Sanjay Bhatia, Esq.
      Assistant United States Attorney (*by ECF*)