UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

BISHME HOPKINS,

                        Defendant.

------------------------------------- x

:   ORDER

:   20 Crim. 479 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Sentencing is scheduled for March 16, 2022 at 10:00 a.m.

Dated: New York, New York
        February 17, 2022

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge